IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2019 FEB 11  P 2:13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jarmal Jabbar Sanders )
_____ )
_____ )
    Plaintiff(s),      )   CIVIL ACTION NO.
                       )   2:18-CV-1077-MHT-SRW
                       )
                       )   JURY DEMAND (MARK ONE)
                       )
        v.             )   ☑ YES
Alabama Attorney General Steve Marshall )
Alabama Secretary of State John Merrill )
City of Selma          )
    Defendant(s).      )

AMENDED
COMPLAINT

1. Plaintiff(s)' address and telephone number: Jarmal Jabbar Sanders 334 526-1146  505 4706  225 Alabama Ave. Selma, Alabama 36701

2. Name and address of defendant(s): Alabama Attorney General Steve Marshall 501 Washington Ave. P.O. Box 300 Montgomery, AL 36170 Alabama Secretary of State John Merrill 600 Dexter Ave. S-105 Montgomery, AL 36130 City of Selma, P.O. Box 450 Selma, AL 36702-0450

3. Place of alleged violation of civil rights: Dallas County Democratic Executive Committee office 1600 Broad St. Selma, Alabama

4. Date of alleged violation of civil rights: January 30, 2018

5. State the facts on which you base your allegation that your constitutional rights have been violated: On January 2018 I walked into the office of the Dallas County Democratic Executive Committee with my mother to qualify as a candidate for Judge of Probate of Dallas County Alabama in the June 2018 election. I gave them a copy of my statement of economic interest and my Declaration of candidacy. They said that I meet all of the requirments to qualify as a candidate for Probate Judge of Dallas County in 2018 except for the qualifing fee that was 1809.00 dollars. I made it clear that I was unemployed and could not afford to pay the fee and I made it clear that this fee was excessive

After I did some research into elections, I discovered that there was a U.S. Supreme Court case Bullock vs. Carter 405 U.S. 134 (1972) no. 70-128 Argued (1971 November 17) Decided February 24. In that case the U.S. Supreme Court found that imposing excessive fees on candidates violated the equal protection clause of the 14 amendment of the U.S. constitution. I think that facts in the case of Bullock vs. Carter are simular to my own case. I think that my constitutional rights have been violated, but sens I am disabled and my only source of income disallows me to be arccomodatedd based on my socioeconomic class status, it adds insult to injury for me to live in a legal reality and be discriminated against and live in a phyiscal reality and be discriminated against without any legal and physical relief from either reality

2

I ~~Identify this page as~~ page one 3) that deals with the explaination as to how my rights were violated by the persons whom I am suing in relationship to question 5 on the complaint form." So it can be clear as bell that I am making ~~some~~ attempt to Relate this PAGE to question 5 on the complaint form.

---

I suspected that there was an effort to keep me from qualifying as a candidate to ran for that office that went beyond paying a qualifying fee. (A fee that could have been waived.) (It is illegal to charge a fee anyway. It is nothing more than a poll tax. Like we were living in Jim Crowe days.) These were the thoughts that were running through my head.

Now to put the events into some sort of context ~~let me explain what happen.~~

~~we~~ I walked with my mother to the Dallas County Executive Committee office after we left the courthouse - Dallas county to pay my mother's taxes on her house located at 225 Alabama Ave. Selma, Alabama. As we entered the building that houses the Dallas Democratic Executive office. we saw Cynthia Pettaway who Chairs the Dallas county Democratic Executive Committee and ~~~~ her brother is former Selma Mayor James Perkins Jr.

who serves on the Alabama Democratic Executive Committee Cynthia Pettaway gave my mother a hug as we entered into the building and escorted me and my mother to the room where the Dallas Democratic Executive Committee qualifies candidates to run for office. I sat at a table accross from some body who was present there in the room before we got there inside the room. Cece and Rose had a brief conversation about the fact that I completed the Electrical Technology program at Wallace State Community College where I made all A's during my time in the program. They talked about the fact that I had been ordained non-denominational minister. After that discussion Cynthia Pettaway got up and excused herself and went into the hallway. After she left, Ms. Thomas took over and started the qualifing process by asking for my statement of economic intrest and my notarized Declaration of Candidacy papers. I handed her my papers to her and I thought that it would be a good time to excuse myself sense I had been holding my urine. I excused myself and went into the hallway to ask someone to use the restroom. I noticed that my shoes were untied and sat in a chair that was on the right as I existed from the room to enter into the hallway. I took a seat before I could reach my shoe I observed

(4)

his page is intended to continue to answer #13 on the complaint form

Cynthia Pettaway tell someone that I had 5 someone in the office that she refuse to qualify because she believed that qualifing a disabled person or any person with any form of disabilty would make the Democratic Party look bad. She also said that I looked too young and that they only qualify old folks not young Rudy Pupps. Cynthia Pettaway also stated that she didn't like me because I talked about her brother's sorry performance as Selma mayor and the fact the her brother sleeps with dead people. She also stated that her brother is a homosexual and that it embarrassed her family when I (Jacmal Sanders) made all these facts public on talk radio. She said he calls in on 105.3 F.M. and 1490 AM WHBB here in Selma. She also stated that their was an arrangement that involved her, Nancy Worley Democratic Chairperson at the State level, Steve Marshall Alabama Attorney General, Alabama's secretary of State John Merril, Selma Mayor Darrio Melton, Jimmy Nunn Attorney for the City of Selma, Donna Brazile Chair of the Democratic National Committee to keep me off of the democratic ballot. She said that the arrangement was made against and driven by Selma Mayor Darrio Melton, as retaliation for me taking legal action against the city of Selma for failure to bring kidnapping charges against a security officer at the local walmart store and failing to bring criminal charges against a crackhead named

Calvin Lake Jones, who lives at ~~1521~~ Alabama Ave Selma, AL 36701 and is a part of the 'snitch squad' inside the Selma police department whom had violated my civil rights. And she said the reward for the crackhead was to continue to suck Selma Mayor Darrio Melton's dick. And she said that Darrio's reward was to continue to suck the dick of Alabama Attorney General Steve Marshall and suck the dicks of Attorney for the City of Selma Jimmy Nunn and Alabama Secretary of State John Merrill. And that her reward was to eat the pussy of Donna Brazile, Nancy Worley, and any other woman that she could get her hands on. And for me this was not only retaliation against me for being in a different social class but it also ~~confirmed~~ for that the discrimination went beyond social class, the discrimination arrived at discrimination against morality, upright and reasonable judgement as an idea.

There is no legal remedy in the state courts to resolve this matter. This is only a federal matter

(6)